UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**PAM BELL,**

    **Plaintiff,**

**VS.**                                              Civil Action No. 3:22-cv-00275

**DOWNEY OIL COMPANY INC.,**

    **Defendant.**

___

NOTICE OF SETTLEMENT
___

    Plaintiff, PAM BELL, and Defendant, DOWNEY OIL COMPANY INC., hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

    Dated: MAY 12, 2023

                                                RESPECTFULLY SUBMITTED

                                              */s/Rebecca J. Hutto*
                                              REBECCA J. HUTTO #39252
                                              Attorney for Plaintiff
                                              208 Adams Avenue
                                              Memphis, Tennessee 38103
                                              (901) 523-1844 – phone
                                              (901) 523-1857 – fax
                                              rebecca@wcwslaw.com

                                              LEWIS THOMASON, P.C.

                                              /s/ W. Paul Whitt
                                              W. Paul Whitt, Esq. (BPR #024793)

Janet S. Hayes, Esq. (BPR #018028)
pwhitt@lewisthomason.com
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN  37901
(865) 546-4646
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

     This is to certify that on MAY 12, 2023, a copy of the foregoing was served upon the SERVICE LIST via the Court's CM/ECF system.

*/s/ Rebecca J. Hutto*
REBECCA J. HUTTO