IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

---

**PAM BELL,**

    **Plaintiff,**

v.                               Case No. 3:22-cv-00275

**DOWNEY OIL COMPANY INC,**

    **Defendant.**

---

STIPULATION OF DISMISSAL

---

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 25th day of MAY, 2023.

                By:*/s/Rebecca J. Hutto*
                Rebecca J. Hutto, Esq. #39252
                Wampler, Carroll, Wilson & Sanderson PLLC
                208 Adams Ave.
                Memphis, TN 38103
                (901) 523-1844
                rebecca@wcwslaw.com

                LEWIS THOMASON, P.C.

                /s/ W. Paul Whitt
                W. Paul Whitt, Esq. (BPR #024793)
                pwhitt@lewisthomason.com
                One Centre Square, Fifth Floor
                620 Market Street
                P.O. Box 2425
                Knoxville, TN 37901

(865) 546-4646
*Attorney for Defendant Downey Oil Company, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of May, 2023, the foregoing document has been served on all counsel of record identified on the Service List set forth on the following page via transmission of electronic mail.

/s/ Rebecca J. Hutto